Matter of Kaminitz (2023 NY Slip Op 00915)

Matter of Kaminitz

2023 NY Slip Op 00915

Decided on February 16, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 16, 2023

PM-28-23
[*1]In the Matter of Yosef Seffi Kaminitz, an Attorney. (Attorney Registration No. 4623674.)

Calendar Date:February 14, 2023

Before:Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and Fisher, JJ.

Yosef Seffi Kaminitz, Sunnyvale, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Yosef Seffi Kaminitz was admitted to practice by this Court in 2008 and lists a business address in Sunnyvale, California with the Office of Court Administration. Kaminitz now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Kaminitz's application.
Upon reading Kaminitz's affidavit sworn to January 16, 2023 and filed January 23, 2023, and upon reading the February 6, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Kaminitz is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that Yosef Seffi Kaminitz's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Yosef Seffi Kaminitz's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Yosef Seffi Kaminitz is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Kaminitz is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Yosef Seffi Kaminitz shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.